[Case No. 2:17-cr-189(2)]

Clerk, U.S. District Court
Southern District of Texas
FILED

OCT 16 2017

David J. Bradley, Clerk of Court

Jody,

'i', woman: 'Vanesa Gonzales', and my persons, consent not to act, have title of INMATE, DEFENDANT, PRISONER, MEMBER, PATIENT of your Prison, Institution, Corporation (see exhibit B). 'i', and my persons, are here as "guest", yet that does not negate the fact that 'i', is woman at all time; and are here to carry out the order(s) of my fellowman John Daniel Rainey.

'i', and my persons give not, delegation of authority to [any] man, woman, actor, or agent to do as you wish with my body, to put into my body any thing that 'i', may believe is harmful to 'i', and my persons, upon your wish to medicate and/or prescribe anything to 'i', or my persons, 'i' require, require, require the benefit for 'i', to eat, drink, swallow anything that comes from any [wo]man actor, agent, as 'i', see benefit not; at all time 'i', is your fellow-woman; and require of you to act accordingly;

**c.f. West Virginia State Board of Education v. Barnette If there is any fixed star in our constitutional constellation, it is that no official, high or petty, can prescribe what shall be orthodox in politics, nationalism, religion, or other matters of opinion, or force citizens to confess by word or act their faith therein. If there are any circumstances which permit an exception, they do not now occur to us.**

'i', and my persons not been duly convicted of crime; there is no involuntary servitude upon this land [c.f. 13 Amendment] to be slave of Jody R. Upton the woman, who act as " Warden" of Federal Medical Centre Carswell, Federal Prison and/or, any other [wo]man, actor, agent.

upon failure to train, discipline and monitor your subordinates, if anybody of your people cause said 'i', or my persons harm, injury, loss and/or damages upon their wish interfere with my right to have 24 hour access to telephone services [working cell phone line], internet, visitation, customs/ traditional meals, garments, public [LAW] library, liberty to leave the ["FEDERAL MEDICAL CENTER CARSWELL"] Federal Prison location at my wish and/or will; the woman Jody, is held personally liable for trespass upon 'i', woman, and my persons right to be let alone; and 'i' see it as slavery; as Jody, will be in breach of [sacred] trust, between man and woman; whom 'i', and my persons, have the hightest duty and obligations to my people/ fellowman to perform [as wife/ mother/ Church member/ daughter/ sister/ animal care/ liberty to contract with my fellowman etc.]

what therefore God hath joined together, let not man put asunder. see exhibit A

Postal office box 18237
Corpus Christi Texas 78480
361-215-6938

october 16, 2014

x Vanesa Gonzales
'i', woman